*receipt # 1092332*
*9/1/11  $3.80*

# MARK S. WALLACH
## Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

August 31, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

        Re:    Glenn E. Oliver
                BK NO. 10-14067
                Request to Deposit of Unclaimed Funds
                into the United States Treasury

Dear Mr. Warren:

      Enclosed herewith please find my Trustee check in the amount of $3.80. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    ___ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| MyTel Co., Inc. | $1.94 | Claims Register #6 |
| American InfoSource LP as agent for T Mobile | $1.86 | Claims Register #18 |

Very truly yours,

Mark A Wallach /TB/

BY: Mark S. Wallach, Trustee


FILED SEP - 1 2011
BANKRUPTCY COURT
BUFFALO, NY

Enclosure